UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EZYKEL AUDINETTE,

        Petitioner,

    v.

CASTELLANOS and MARTINEZ,

        Respondents.

No.  2:24-cv-3169-TLN-AC

ORDER

Petitioner Ezykel Audinette ("Petitioner"), a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  (ECF No. 1.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 12, 2025, the magistrate judge filed findings and recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within twenty-one days.  (ECF No. 7.) Petitioner has not filed objections to the findings and recommendations, and the time to do so has since elapsed.

The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*. *Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007).  The Court has reviewed the file and finds

1

the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 7) are ADOPTED IN FULL;

2. The petition for writ of habeas corpus is summarily dismissed without prejudice to re-filing as a § 1983 civil rights action; and

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Date: January 23, 2026

_____

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2